**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THOMAS KIRWIN AND DIANNE KIRWIN, | : | No. 796 MAL 2016 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SUSSMAN AUTOMOTIVE D/B/A/ | : | |
| SUSSMAN MAZDA AND ERIC | : | |
| SUSSMAN, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.